IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

THOMAS L. SWIFT,

    Plaintiff,

v.                                                                                           No. 15-1009

OFFICER TRAVIS G. McNATT, #2519,
Individually,

    Defendant.

_____

ORDER DIRECTING PARTIES TO
SUBMIT BRIEFS ON
QUALIFIED IMMUNITY
_____

        On November 9, 2015, the United States Supreme Court issued its decision in *Mullenix v. Luna*, No. 14-1143, 2015 WL 6829329 (2015), in which it clarified the analysis required for qualified immunity under the Fourth Amendment. As the instant matter involves an excessive force claim and Defendant, Travis G. McNatt, is claiming qualified immunity in his motion for summary judgment, the Court hereby directs parties to submit any additional briefs addressing the issue of qualified immunity in light of *Mullinex* within eleven days of the entry of this order. Briefs should not exceed five pages.

        IT IS SO ORDERED this 16th day of November 2015.

                                                      s/ J. DANIEL BREEN_____
                                                      CHIEF UNITED STATES DISTRICT JUDGE